# Court of Appeals of the State of Georgia

ATLANTA,  July 27, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2486. CALEB NATHANIEL OLIVER v. THE STATE.**

After pleading guilty to obstruction of an officer and other offenses, Caleb Nathaniel Oliver filed a motion to withdraw his guilty plea. The trial court denied the motion on May 28, 2026 and Oliver filed a motion for reconsideration. The trial court dismissed the motion for reconsideration on June 9, 2026, and Oliver filed a notice of appeal on July 9, 2026. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Kelly v. State*, 311 Ga. 827, 828 (860 SE2d 740) (2021). Here, Oliver filed his notice of appeal within 30 days of the dismissal of his motion for reconsideration. But the filing of the motion for reconsideration did not extend the time for Oliver to appeal the order denying his motion to withdraw his guilty plea, and the order denying reconsideration is not appealable in its own right. See *State v. White*, 282 Ga. 859, 860(1) (655 SE2d 575) (2008). See also *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Consequently, Oliver's notice of appeal — filed 42 days after entry of the order denying his motion to withdraw his guilty plea — is untimely. See OCGA § 5-6-38(a); *White*, 282 Ga. at 860 (1); *Savage*, 173 Ga. App. at 271.

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/27/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*